IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNATHAN PINNEY,**
**ADC #173141**                                                                                                                **PLAINTIFF**

**V.**                              **CASE NO. 5:19-CV-229-KGB-BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al*.                                                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must filed within 14 days. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive any right to appeal questions of fact.

**II.    Discussion:**

Jonathan Pinney, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of lawyer under 28 U.S.C. § 1983. In his original complaint, amended complaint, second amended complaint, and multiple addendums to his complaints, Mr. Pinney raised a number of unrelated claims. (Doc. Nos. 1, 10, 17, 19, 22, 24, 25, and 26) The Court ordered service of process for Mr. Pinney's deliberate-indifference claim against Defendant Drummond (Doc. No. 40), but recommended that

Mr. Pinney's remaining claims be dismissed, without prejudice. (Doc. No. 39) That recommendation remains pending.

On September 22, 2020, the Court ordered Mr. Pinney to respond, within 30 days, to Defendant Drummond's discovery requests, including the request for a signed medical release. (Doc. No. 72) The Court cautioned Mr. Pinney that his failure to comply with the September 22 order could result in the dismissal of his claims, without prejudice.

Defendant Drummond has now moved to dismiss Mr. Pinney's claims based on his failure to complete a medical release, as ordered. (Doc. No. 79)

### III.  Conclusion:

The Court recommends that Defendant Drummond's motion for sanctions be GRANTED. Mr. Pinney's claims should be DISMISSED, without prejudice, based on his failure to comply with this Court's September 22 order. In addition, Mr. Pinney's motion for partial summary judgment (Doc. No. 68) and his motion for contempt (Doc. No. 77) should be DENIED, as moot.

DATED, this 2nd day of November, 2020.

_____

UNITED STATES MAGISTRATE JUDGE