THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNATHAN PINNEY, ADC #173141**                              **PLAINTIFF**

v.                  **Case No. 5:19-cv-00229-KGB-BD**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*              **DEFENDANTS**

**ORDER**

Before the Court is the status of this case. On September 30, 2020, plaintiff Johnathan Pinney filed an objection to United States Magistrate Judge Beth Deere's discovery order compelling Mr. Pinney to respond, in part, to discovery requests propounded by defendant (Dkt. Nos. 72, 74). On January 27, 2021, this Court entered an order affirming Judge Deere's September 22, 2020, Oder and permitting Mr. Pinney 30 days to comply with that Order (Dkt. No. 86). Mr. Pinney has not responded to this Court's January 27, 2021, Order and the deadline for doing so has passed. Further, defendant Patrick Drummond filed a notice with the Court indicating that Mr. Pinney failed to comply (Dkt. No. 87).

Therefore, the Court adopts Judge Deere's November 2, 2020, Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law and dismisses without prejudice Mr. Pinney's claims against Mr. Drummond (Dkt. No. 82). The Court denies as moot Mr. Pinney's motion for partial summary judgment (Dkt. No. 68), Mr. Pinney's motion for contempt (Dkt. No. 77), and Mr. Drummond's motion for sanctions (Dkt. No. 79). Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so ordered this 30th day of March, 2021.

_____
Kristine G. Baker
United States District Judge