THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNATHAN PINNEY, ADC #173141**                                        **PLAINTIFF**

v.                      **Case No. 5:19-cv-00229-KGB-BD**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Johnathan Pinney's complaint is dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so adjudged this 30th day of March, 2021.

*[signature]*
Kristine G. Baker
United States District Judge